IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

**BRYAN J. PICOU**                                                                     **PLAINTIFF**

**VS.**                                                      **NO.: 5:08CV250DCB-JMR**

**BOMBARDIER RECREATIONAL PRODUCTS INC.**
**AND JOHN DOES 1-50**                                  **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on to be heard this day on the plaintiff's motion *ore tenus* seeking leave of Court to dismiss all claims asserted in this cause against all remaining defendants pursuant to Fed. R. Civ. P. 41(a)(2). Having considered this matter, and noting the parties have agreed to the dismissal of all claims asserted with prejudice, the Court finds the motion is well taken and should be granted.

ACCORDINGLY, IT IS ORDERED AND ADJUDGED that all claims asserted by plaintiff are hereby dismissed with prejudice, each party to bear its own costs.

ORDERED, ADJUDGED, AND DECREED this the __12th__ day of __June__, 2009.

                                                                            s/ David Bramlette
                                                            UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Lem E. Montgomery III*
Lem E. Montgomery III, MB No. 100686
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
ATTORNEYS FOR DEFENDANTS

*/s/ Todd Waycaster*
Todd Waycaster, MB No. 10766
Waycaster Law Offices

John D. Moore, MB No. 10610
Law Offices of John D. Moore, P.A.

ATTORNEYS FOR BRYAN J. PICOU